UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| **WESTERN WORLD INSURANCE GROUP, INC.,**<br><br>    **Plaintiff,**<br><br>V.<br><br>**SLONE'S HEATING AND COOLING, LLC,**<br>**SHANNON BULLOCK,**<br>**STEPHEN SLONE, and**<br>**SHANNON BULLOCK**<br><br>    **Defendants.** | CIVIL ACTION NO. 7:17-153-KKC<br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court HEREBY ORDERS AND ADJUDGES that:

(1) Defendant, Shannon Bullock's motion to dismiss without prejudice (DE 5) is **GRANTED;**

(2) Plaintiff, Western World Insurance Group, Inc.'s motion for default judgment (DE 12) is **DENIED** as moot;

(3) This judgment is **FINAL** and **APPEALABLE**; and

(4) This matter is **STRICKEN** from the active docket of this Court.

Dated September 10, 2018.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY